UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QIAGEN HAMBURG GMBH and QIAGEN, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> BIO-RAD LABORATORIES, INC. <br><br> *Defendant.* | CASE NO. 22-cv-458-CFC |

JOINT STIPULATION
AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, QIAGEN Hamburg GmbH and QIAGEN, LLC (collectively "QIAGEN") sought declaratory judgment of non-infringement of U.S. Patent No. RE41780 (the "'780 patent"), U.S. Patent No. 10,782,226 (the "'226 patent"), U.S. Patent No. 10,921,237 (the "'237 patent"), U.S. Patent No. 11,073,468 (the "'468 patent"), U.S. Patent No. 11,231,355 (the "'355 patent") and 11,237,096 (the "'096 patent") against Bio-Rad Laboratories, Inc. ("Bio-Rad") (D.I. 1);

WHEREAS, QIAGEN and Bio-Rad have mutually agreed to settle their respective claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Bio-Rad, through their respective undersigned counsel, subject to the approval of the Court:

1. To dismiss with prejudice Plaintiffs' claims for declaratory judgement against Bio-Rad (D.I. 1, Claims I-VI);

2. Each party shall bear its own costs, expenses, and attorneys' fees incurred with respect to this Action including but not limited to the entry of this Stipulation and Order of Dismissal with Prejudice.

| | |
|---|---|
| Dated: July 17, 2023<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br><br>/s/ David A. Bilson<br>John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com<br><br>*Counsel for Plaintiffs QIAGEN Hamburg GmbH and QIAGEN, LLC* | Respectfully submitted,<br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendant Bio-Rad Laboratories, Inc.* |

IT IS SO ORDERED this 17th day of July, 2023.

_____
The Honorable Colm F. Connolly

2